# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MELLO, | Case No. 1:18-cv-01216-AWI-EPG |
| Plaintiff, | **ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | (ECF No. 3) |
| COUNTY OF KERN, *et al.*, | |
| Defendants. | |

Plaintiff, Jennifer Mello, represented by counsel, has applied to proceed *in forma pauperis* ("IFP") (ECF No. 3). Plaintiff indicates on her IFP application that she receives disability income but does not specify the amount of that income. (*See id.*) Accordingly, the IFP application does not make the showing required to proceed IFP, *see* 28 U.S.C. § 1915(a), and the application will be denied without prejudice.

IT IS ORDERED:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 3) is DENIED without prejudice.

2. Plaintiff must either submit a renewed *in forma pauperis* application, with all information completed, including the amount of Plaintiff's income, or pay the filing fee

1

within **thirty (30) days** from the date of this order.

IT IS SO ORDERED.

Dated: __**September 18, 2018**__      /s/ *Eric P. Grojean*
                                             UNITED STATES MAGISTRATE JUDGE