**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER MELLO,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-01216-AWI-EPG<br><br>**ORDER GRANTING MOTION TO PROCEED** ***IN FORMA PAUPERIS***<br><br>(ECF No. 5)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS**<br><br>**RESPONSE REQUIRED WITHIN THIRTY (30) DAYS** |

On September 6, 2018, Jennifer Mello ("Plaintiff"), through counsel, commenced this action by filing a Complaint against County of Kern and Kern County Sheriff Donny Youngblood ("Defendants"). (ECF No. 1.) Plaintiff also filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 3.) On September 19, 2018, the Court denied the application without prejudice as Plaintiff failed to make the requisite showing of indigency with particularity. (ECF No. 4.)

On October 4, 2018, Plaintiff filed a renewed application to proceed *in forma pauperis*. (ECF No. 5). Plaintiff has now made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, the application to proceed *in forma pauperis* is GRANTED.

\\\

The Court has also reviewed the Complaint and has determined that service of process is appropriate. As Plaintiff is proceeding *in forma pauperis*, the United States Marshals Service will effect service of process. *See* Fed. R. Civ. P. 4(c)(3).

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s):
    a. **County of Kern; and**
    b. **Donny Youngblood, Kern County Sheriff**
2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, one (1) Notice of Submission of Documents form, one (1) Instruction Sheet, and one (1) copy of the Complaint;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the Notice of Submission of Documents form and submit the completed form to the Court with the following documents:
    a. A completed summons for each named defendant;
    b. A completed USM-285 form for each named defendant; and
    c. Three (3) signed copies of the Complaint;
4. Plaintiff need not attempt service on Defendants, and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve Defendants pursuant to Federal Rule of Civil Procedure 4; and
5. <u>The failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **October 5, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2