|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JENNIFER MELLO, | Case No.: 1:18-CV-01216 AWI JLT |
| Plaintiff, | ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE |
| v. | (Doc. 24) |
| COUNTY OF KERN, a public entity; SHERIFF DONNY YOUNGBLOOD, a public employee; DOES 1-10, | |
| Defendants. | |

Based upon the stipulation of counsel, the Court **GRANTS** the stipulation to amend the case schedule as follows:

1. Nonexpert discovery **SHALL** be completed no later than **December 2, 2019**;

2. The parties **SHALL** disclose experts no later than **December 23, 2019** and rebuttal experts no later than **January 21, 2020.** Expert discovery **SHALL** be completed no later than **February 17, 2020**;

3. Non-dispositive motions, if any, **SHALL** be filed no later than **January 31, 2020** and heard no later than **February 28, 2019**;

3. Dispositive motions, if any, **SHALL** be filed no later than **April 9, 2020** and heard no later than **May 25, 2020**;

1

4. The pretrial conference is **CONTINUED** to **August 13, 2020** at 10:00 a.m., in courtroom 2;

5. The trial conference is **CONTINUED** to **October 13, 2020**, at 8:30 a.m., in courtroom 2, (three to four-day estimate).

6. The parties may jointly request a settlement conference if they believe one is likely to be fruitful.

IT IS SO ORDERED.

Dated: **July 18, 2019**              **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE