**MARGO A. RAISON, COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By: Andrew C. Thomson, Chief Deputy (SBN 149057)**
**Marshall S. Fontes, Deputy (SBN 139567)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**

**Attorneys for Defendants County of Kern,**
**Sheriff Donny Youngblood, et al.**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER MELLO,** | **CASE NO.: 1:18-CV-01216-AWI-JLT** |
| **Plaintiff,** | **STIPULATION TO MODIFY THE DISCOVERY CUT-OFF DATES;** |
| **v.** | **[PROPOSED] ORDER; DECLARATION OF MARSHALL S. FONTES** |
| **COUNTY OF KERN, a public entity; SHERIFF DONNY YOUNGBLOOD, a public employee; DOES 1-10,** | (Doc. 28) |
| **Defendants.** | |

**BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR**

**COUNSEL OF RECORD:**

This stipulation is entered into by and between the Plaintiff and Defendants, by and

through their respective counsel to modify the Scheduling Order in this matter, by continuing all

dates by approximately sixty (60) days.

1.    As set forth in the attached declaration of Marshall S. Fontes, despite the

diligence of counsel, the parties have determined that it will be extraordinarily difficult to meet

all discovery deadlines due to the medical condition of defense counsel, which will prevent

scheduled discovery from being completed.

/ / /

1

---

STIPULATION TO MODIFY THE DISCOVERY CUT-OFF DATES AND [PROPOSED] ORDER THEREON

2. Based on the forgoing, the parties agree through counsel to amend the scheduling order as follows:

| Deadline: | Currently: | Proposed: |
|---|---|---|
| Nonexpert Discovery Cutoff: | 12/2/19 | 02/03/20 |
| Expert Disclosure: | 12/23/19 | 02/24/20 |
| Rebuttal Expert Disclosure: | 01/21/20 | 03/23/20 |
| Expert Discovery Cutoff: | 02/28/20 | 03/28/20 |
| Dispositive Motion Filing Deadline: | 04/09/20 | 06/09/20 |

**NOW THEREFORE, IT IS HEREBY STIPULATED** by the Parties that the Scheduling Order be modified as set forth above.

Respectfully submitted,

Dated: November 14, 2018          GREG W. GARROTTO, ESQ.


By: /s/ Greg W. Garrotto as authorized on 11/14/19
          Greg W. Garrotto, Esq.
          Attorney for Plaintiff, Jennifer Mello

Dated: November 14, 2018          MARGO A. RAISON, COUNTY COUNSEL


By: /s/ Andrew C. Thomson for
          Marshall S. Fontes, Deputy
          Attorneys for Defendants,
          County of Kern and Sheriff Youngblood

STIPULATION TO MODIFY THE DISCOVERY CUT-OFF DATES AND [PROPOSED] ORDER THEREON

**~~PROPOSED~~ ORDER**

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS**:

1. The stipulation to amend the case schedule (Doc. 28) is **GRANTED in PART**;

2. The case schedule is amended as follows:

  a. The parties SHALL complete all nonexpert discovery no later than February 3, 2020 and all expert discovery no later than March 28, 2020;

  b. The parties SHALL disclose their experts no later than February 24, 2020 and any rebuttal experts no later than March 23, 2020;

  c. The parties may file dispositive motions, if any, no later than April 13[1], 2020. Such motions will be heard no later than May 25, 2020;

No other modifications of the case schedule are authorized.


IT IS SO ORDERED.

 Dated: **November 18, 2019**     **/s/ Jennifer L. Thurston**
                UNITED STATES MAGISTRATE JUDGE

---

[1] The parties fail to explain in their stipulation why they need such an extended period between the close of expert discovery and the deadline for filing dispositive motions. Also, they did not seek modification of the pretrial and trial dates. The only way to maintain these dates is with the schedule set forth above.

3

---

STIPULATION TO MODIFY THE DISCOVERY CUT-OFF DATES AND [~~PROPOSED~~] ORDER THEREON