UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MELLO,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF KERN,<br><br>            Defendants. | Case No.:  1:18-CV-01216 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 40) |

The plaintiff reports that parties have settled the matter. (Doc. 40) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than November 6, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **September 17, 2020**                    **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE