**MARGO A. RAISON, COUNTY COUNSEL**
By: Marshall S. Fontes, Deputy (SBN 139567)
**OFFICE OF COUNTY COUNSEL**
County of Kern, Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone:   661-868-3800
Fax:             661-868-3805

Attorneys for Defendant, County of Kern, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MELLO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF KERN, a public entity; et al.,<br><br>　　　　　　Defendants. | CASE NO.:  1:18-CV-01216-AWI-JLT<br><br>**ORDER CLOSING THE ACTION**<br>(Doc. 42) |

　　　The parties have settled their case and have stipulated to the action being dismissed with prejudice and with each side to bear their own fees and costs.  (Doc. 42) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　Dated:   **October 8, 2020**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE